| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 17CR00181 |
|---|---|---|
| # TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* 3:25-cr-00022-MMD-CSD |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT 0976 | DIVISION 4 |
|---|---|---|
| KAREN JOY SOMERS<br>ELKO, NEVADA | NAME OF SENTENCING JUDGE<br>David C. Nye, Chief United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 04/09/2024 | TO 04/08/2027 |

OFFENSE

21§841(a)(1) Possession with Intent to Distribute a Controlled Substance, Aid and Abet

21§841(a)(1) Possession with Intent to Distribute a Controlled Substance

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Ms. Somers has had several medical issues arise and she is now filing to receive social security and social security disability based on her age and medical issues. All of Ms. Somers's prosocial ties and relations are in the District of Nevada.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE            DISTRICT OF    Idaho

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  District of Nevada  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

August 12, 2025
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE            DISTRICT OF    Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 15, 2025
*Effective Date*

*United States District Judge*

1

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Karen Joy Somers

Case No.:  TO BE ASSIGNED

SUPERVISION REPORT
REQUESTING ACCEPTANCE OF JURISDICTION

August 14, 2025

TO:   U.S. District Judge:

On October 29, 2019. Somers was sentenced to 121 months imprisonment followed by 3 years of supervised release to follow in the United States District Court for the District of Idaho.

Somers began supervision on November 15, 2022, to April 09, 2024, for a term of Federal Location Monitoring FLM, and she lived with her stepson in Elko, NV. After completion of FLM, Somers began her standard term of supervised release, and has remained a resident of Elko, NV, now living with close friends, at 1366 Arroyo Seco Circle Elko, Nevada 89801. Somers was briefly employed over the last year, but had several medical issues arise, and she is now filing to receive social security and social security disability based on her age and medical issues. Somers has been compliant with all of her conditions of supervised release, including successfully drug testing with no positives, and continued participation in treatment with the local substance abuse and mental health treatment provider. All of Somers's prosocial ties and relations are in the District of Nevada, and she has indicated she has no desire to return to the District of Idaho since she has no support structures in that District.

 The Judicial Conference recommends transfer of jurisdiction for persons under supervision to reduce the burden and expedite the response. Consistent with this recommendation, the Probation Office is recommending our Court accept jurisdiction of this case. The Honorable David C. Nye has agreed to relinquish jurisdiction in the District of Idaho, as is evident by his signature on the attached Transfer of Jurisdiction form. If Your Honor agrees, please countersign the form accepting Jurisdiction.

ADDENDUM TO PETITION (Probation Form 12)
RE: Karen Joy Somers

Respectfully submitted,

_____
Anthony Spinella
Senior United States Probation Officer

Approved:

_____
Erik Flocchini
Supervisory United States Probation Officer